■

D.F.; R.E.H., Respondent,

v.

D.M.P., Appellant.

Nos. WD 73599, WD 73600.

Missouri Court of Appeals,
Western District.

Sept. 27, 2011.

David M. Paine, Riverside, MO, pro se.

Deborah Fones, Riverside, MO, pro se.

Richard E. Hamm, Riverside, MO, pro se.

Before: VICTOR C. HOWARD, P.J., and ALOK AHUJA and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

D.M.P. appeals two judgments issued by the Circuit Court of Platte County, entering full orders of protection in proceedings brought by petitioners R.E.H. and D.F. pursuant to the Adult Abuse Act, §§ 455.005 through 455.090, RSMo. D.M.P. contends that the judgments as to each petitioner are not supported by substantial evidence. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

■

In the Interest of: M.R.H., M.I.H., A.M.H., and D.M.H.

Missouri Department of Social Services, Children's Division, Respondent,

v.

M.R.H. (Father) and A.D.H. (Mother), Appellants.

Nos. WD 73644, WD 73645, WD 73646, WD 73647, WD 73648, WD 73649, WD 73650, WD 73651.

Missouri Court of Appeals,
Western District.

Sept. 27, 2011.

Jeffrey P. Feuquay, Nevada, MO, for Appellant M.R.H. (Father).

Judy R. Ullmann, Nevada, MO, for Appellant A.D.H. (Mother).

Chris Koster, Attorney General, Joan F. Gummels, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division IV: LISA WHITE HARDWICK, Chief Judge, Presiding, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

A.D.H. and M.R.H. appeal the Judgments of the Circuit Court of Vernon County, Juvenile Division, terminating their parental rights to their four children pursuant to section 221.447, RSMo Cum.